IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00238-KDB-SCR

| | |
|---|---|
| PRESCILA LOVELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWES HOME CENTERS, LLC, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Paul Karl Lukacs and Daniel Hattis]" (Doc. Nos. 7&8) filed November 14, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: November 14, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge