IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00238-KDB-SCR

| | |
|---|---|
| PRESCILA LOVELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| LOWES HOME CENTERS, LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Stephane Sheridan and Meegan B. Brooks]" (Doc. Nos. 12&13) filed January 14, 2025. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: January 14, 2025

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge